No. D–1586. IN RE DISBARMENT OF GLASSMAN. Disbarment entered. [For earlier order herein, see 515 U. S. 1185.]

No. D–1591. IN RE DISBARMENT OF ZOCCOLA. Robert F. Zoccola, of Carmel, Ind., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to the practice of law before this Court. The rule to show cause, issued on October 30, 1995 [*ante*, p. 939], is discharged.

No. D–1622. IN RE DISBARMENT OF LYNCH. James Edward Lynch, of Washington Crossing, Pa., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1623. IN RE DISBARMENT OF MYERS. Donald Myers, of Elizabeth, N. J., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1624. IN RE DISBARMENT OF WEISS. Howard Jesse Weiss, of New York, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. M–27. BAULDWIN *v.* RESOLUTION TRUST CORPORATION ET AL.;
No. M–28. PEREZ *v.* MARSHALL ET AL.; and
No. M–29. CRUZ *v.* UNITED STATES. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.